THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware corporation d/b/a TAXI MAGIC,<br><br>    Defendants. | Case No. 2:12-cv-00576-RSL<br><br>STIPULATION AND ORDER (1) GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND (2) EXTENDING DEADLINE FOR ORANGE CAB AND RIDECHARGE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

## STIPULATION

Plaintiff requests leave to file a First Amended Complaint to plead claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227. Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants have agreed herein to provide written consent for Plaintiff to file his First Amended Complaint attached at Exhibit A. In conjunction with the filing of Plaintiff's First Amended Complaint, the parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends the deadline for Defendants Orange Cab Company, Inc. ("Orange Cab") and Ridecharge, Inc. ("Ridecharge") to answer or otherwise respond to Plaintiff's First Amended Complaint, until July 20, 2012.

STIPULATION REGARDING AMENDED COMPLAINT
AND RESPONSE DEADLINE
(No. 2:12-cv-00576-RSL) — 1

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

Stipulated and respectfully submitted this 29th day of June, 2012, by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By:    s/ *Ryan C. Gist*
     Kenneth E. Payson, WSBA #26369
     Ryan C. Gist, WSBA #41816
     1201 Third Avenue, Suite 2200
     Seattle, Washington 98101-3045
     Telephone: (206) 622-3150
     Fax: (206) 757-7700
     E-mail: kenpayson@dwt.com
           ryangist@dwt.com

HEYRICH KALISH MCGUIGAN PLLC
Counsel for Plaintiff

By:    s/ *Donald W. Heyrich*
     Donald W. Heyrich, WSBA #23091
     1325 Fourth Ave, Suite 540
     Seattle, Washington 98101
     Telephone: (206) 838-2504
     Fax: (206) 826-5378
     E-mail: dheyrich@hkm.com

KIRBY LAW GROUP
     Albert H. Kirby, WSBA #23091
     93 S. Jackson St. #63230
     Seattle, Washington 98104
     Telephone: (206) 414-9950
     Fax: (866) 845-6302
     E-mail: ahkirby@kirby-legal.com

STIPULATION REGARDING AMENDED COMPLAINT
AND RESPONSE DEADLINE
(No. 2:12-cv-00576-RSL) — 2

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

## ORDER

Having reviewed the foregoing stipulation of the parties, plaintiff is granted leave to file Plaintiff's First Amended Complaint. Defendants Orange Cab Company, Inc. ("Orange Cab") and Ridecharge, Inc. ("Ridecharge") are granted until July 20, 2012, to answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED this 2nd day of July, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

HEYRICH KALISH MCGUIGAN PLLC
Counsel for Plaintiff

By: s/ *Donald W. Heyrich*
    Donald W. Heyrich, WSBA #23091
    1325 Fourth Ave, Suite 540
    Seattle, Washington 98101
    Telephone: (206) 838-2504
    Fax: (206) 826-5378
    E-mail: dheyrich@hkm.com

STIPULATION REGARDING AMENDED COMPLAINT
AND RESPONSE DEADLINE
(No. 2:12-cv-00576-RSL) — 3

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504