The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of similarly situated persons,<br><br>                Plaintiff,<br><br>    v.<br><br>ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware corporation d/b/a TAXI MAGIC,<br><br>                Defendants. | Case No. 2:12-cv-00576-RSL<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR CLASS CERTIFICATION |

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends the deadline for plaintiff Torrey Gragg to file his Motion for Class Certification until 90 days from the date the Court enters an Order on defendants Ridecharge, Inc.'s (d/b/a "TaxiMagic") and Orange Cab Company, Inc.'s ("Orange Cab) Motion for Judgment on the Pleadings. In support of this request, the parties represent the following to the Court:

1. On July 19, 2012, pursuant to the parties' agreement in the Joint Status Report and Discovery Plan, the Court set February 22, 2013 as the deadline for plaintiff to file his Motion for Class Certification [Dkt. 26].

2. On September 24, 2012, defendants filed a Motion for Judgment on the Pleadings seeking dismissal of plaintiff's claims [Dkt. 29]. This Motion is fully briefed and pending

STIPULATION AND ORDER CONTINUING
CLASS CERTIFICATION DEADLINE
(No. 2:12-cv-00576-RSL) — 1
DWT 20936436v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

decision of the Court. Defendants also filed a Motion for Protective Order Staying Discovery Pending Resolution of Motion for Judgment on the Pleadings [Dkt. 31]. The Court denied defendants' Motion for Protective Order on October 30, 2012 [Dkt. 40].

3. Since October 30, 2012, the parties have engaged in written discovery and are in the process of exchanging documents. The parties are currently preparing to conduct depositions in various locations across the United States. The parties will incur significant cost conducting and defending these depositions.

4. Because the Court's decision on defendants' Motion for Judgment on the Pleadings may affect the arguments plaintiff might make in his Motion for Class Certification and therefore alter the scope of class-certification related discovery and, in particular, may alter the scope of upcoming depositions plaintiff intends to take, plaintiff's counsel asked defendants' counsel to agree to continue plaintiff's deadline to file his Motion for Class Certification until 90 days from the date the Court enters an Order on defendants' pending Motion for Judgment on the Pleadings. Defendants' counsel agreed to that request.

5. In light of the foregoing, the parties agree (subject to the Court's approval) that the deadline for plaintiff to file his Motion for Class Certification should be continued until 90 days from the date the Court enters an Order on defendants' Motion for Judgment on the Pleadings.

6. Good cause for approving the continuance exists. The continuance will ensure plaintiff has sufficient time to conduct class-certification related discovery and to adequately address the issues presented by class certification.

STIPULATION AND ORDER CONTINUING
CLASS CERTIFICATION DEADLINE
(No. 2:12-cv-00576-RSL) — 2
DWT 20936436v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Stipulated and respectfully submitted this 15th day of January, 2013, by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By:     s/ *Ryan C. Gist*
      Kenneth E. Payson, WSBA #26369
      Ryan C. Gist, WSBA #41816
      1201 Third Avenue, Suite 2200
      Seattle, Washington  98101-3045
      Telephone: (206) 622-3150
      Fax: (206) 757-7700
      E-mail: kenpayson@dwt.com
              ryangist@dwt.com

HEYRICH KALISH MCGUIGAN PLLC
Counsel for Plaintiff

By:     s/ *Donald W. Heyrich*
      Donald W. Heyrich, WSBA #23091
      1325 Fourth Ave, Suite 540
      Seattle, Washington  98101
      Telephone: (206) 838-2504
      Fax: (206) 826-5378
      E-mail: dheyrich@hkm.com


KIRBY LAW GROUP
Albert H. Kirby, WSBA #23091
93 S. Jackson St. #63230
Seattle, Washington  98104
Telephone: (206) 414-9950
Fax: (866) 845-6302
E-mail: ahkirby@kirby-legal.com

STIPULATION AND ORDER CONTINUING
CLASS CERTIFICATION DEADLINE
(No. 2:12-cv-00576-RSL) — 3
DWT 20936436v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## ORDER

IT IS SO ORDERED. The Court VACATES the February 22, 2013, deadline for plaintiff to file his Motion for Class Certification set forth in its Minute Order dated July 19, 2012 [Dkt. 26] and CONTINUES said date until 90 days from the date the Court enters an Order on defendants' Motion for Judgment on the Pleadings [Dkt. 29].

DATED this 18th day of January, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By:     s/ *Ryan C. Gist*
    Kenneth E. Payson, WSBA #26369
    Ryan C. Gist, WSBA #41816
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: kenpayson@dwt.com
        ryangist@dwt.com

HEYRICH KALISH MCGUIGAN PLLC
Counsel for Plaintiff

By:     s/ *Donald W. Heyrich*
    Donald W. Heyrich, WSBA #23091
    1325 Fourth Ave, Suite 540
    Seattle, Washington  98101
    Telephone: (206) 838-2504
    Fax: (206) 826-5378
    E-mail: dheyrich@hkm.com

KIRBY LAW GROUP

STIPULATION AND ORDER CONTINUING
CLASS CERTIFICATION DEADLINE
(No. 2:12-cv-00576-RSL) — 4
DWT 20936436v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | |
|---|---|
| 1 | Albert H. Kirby, WSBA #23091 |
| 2 | 93 S. Jackson St. #63230<br>Seattle, Washington 98104<br>Telephone: (206) 414-9950 |
| 3 | Fax: (866) 845-6302<br>E-mail: ahkirby@kirby-legal.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER CONTINUING
CLASS CERTIFICATION DEADLINE
(No. 2:12-cv-00576-RSL) — 5
DWT 20936436v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700