1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORREY GRAGG, on his own behalf and on
behalf of similarly situated persons,

                  Plaintiff,

    v.

ORANGE CAB COMPANY, INC., a
Washington corporation; and TAXIMAGIC,
INC., a Delaware corporation d/b/a TAXI
MAGIC,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C12-0576RSL

DEFENDANTS' NOTICE OF
INTENT TO FILE SURREPLY
AND REQUEST TO STRIKE
PORTIONS OF REPLY ON
MOTION FOR CLASS
CERTIFICATION [DKT. 78] AND
THE DECLARATION OF
RANDALL A. SNYDER [DKT. 80]

        Pursuant to Local Civil Rule 7(g)(1), defendants Orange Cab and TaxiMagic hereby

gives notice of their intent to file a surreply requesting that the Court strike new evidence and

argument contained in Plaintiff's Reply in Support of Motion for Class Certification [Dkt. 78]

and the Declaration of Randall A. Snyder [Dkt. 80].  Defendants' intend to file the surreply on

August 14, 2013.

NOTICE OF INTENT TO FILE SURREPLY AND
REQUEST TO STRIKE. (2:12-CV-00576-RSL) - 1
DWT 22403820v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 12th day of August, 2013.

2

3                         Davis Wright Tremaine LLP
Attorneys for Defendants

4

5                    By:    s/*Ryan C. Gist*
                             Kenneth E. Payson, WSBA #26369

6                             Ryan C. Gist, WSBA #41816
                             1201 Third Avenue, Suite 2200

7                             Seattle, WA 98101-3045
                             Telephone:  206-622-3150

8                             Fax:  206-757-7700
                             E-mail:  kenpayson@dwt.com

9                                  ryangist@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF INTENT TO FILE SURREPLY AND
REQUEST TO STRIKE. (2:12-CV-00576-RSL) - 2
DWT 22403820v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Donald W. Heyrich**
  dheyrich@hkm.com, dkalish@hkm.com, sforbes@hkm.com

- **Albert H. Kirby**
  ahkirby@kirby-legal.com

and I hereby certify that a copy was mailed by United States Postal Service to the following non-CM/ECF participants.

N/A

DATED this 12th day of August, 2013.

                              DAVIS WRIGHT TREMAINE LLP
                              Attorneys for Defendants


                              By s/ *Ryan C. Gist*
                                  Ryan C. Gist, WSBA #41816
                                  1201 Third Avenue, Suite 2200
                                  Seattle, Washington  98101-3045
                                  Telephone: (206) 622-3150
                                  Fax: (206) 757-7700
                                  E-mail: ryangist@dwt.com

NOTICE OF INTENT TO FILE SURREPLY AND
REQUEST TO STRIKE. (2:12-CV-00576-RSL) - 3
DWT 22403820v1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax