THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware Corporation, doing business as TAXI MAGIC,<br><br>Defendants. | Case No. 2:12−cv−00576−RSL<br><br>**SUPPLEMENTAL DECLARATION OF ALBERT H. KIRBY** |

I, Albert H. Kirby, declare as follows:

1. I am an attorney of record for Plaintiff Torrey Gragg in this action. I am over the age of 18 years. I am competent to testify as to the matters stated herein. I make this declaration based upon my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Randall Snyder which I found through PACER attached as Exhibit 2 to the Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment. *See Satterfield v. Simon & Schuster, Inc.*, Case No. 4:06-cv-02893-CW, Dkt. No. 63-29 (N.D. Cal. May 1, 2007). From my review of court records, I understand that this is the declaration of Mr. Snyder which the Ninth Circuit discusses in *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946 (9th Cir. 2009).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Randall Snyder taken in connection with the present case.

DECLARATION OF ALBERT H. KIRBY
(Case No. 2:12−cv−00576−RSL)
Page 1

KIRBY LAW GROUP
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 414-9950

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Dated this 18th day of October 2013.

3
4
            /s/ Albert H. Kirby
            Albert H. Kirby, WSBA #40187

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF ALBERT H. KIRBY
(Case No. 2:12−cv−00576−RSL)
Page 2

**KIRBY LAW GROUP**
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 414-9950

# DECLARATION OF SERVICE

I, the undersigned, certify that, on this date, a true copy of the foregoing document will be or has been served on the persons listed below in the manner shown:

| | |
|---|---|
| Kenneth E. Payson, WSBA #26369<br>kenpayson@dwt.com<br>Ryan C. Gist, WSBA #41816<br>ryangist@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: 206-622-3150<br>Fax: 206-757-7700 | ___ Legal Messenger<br>___ Facsimile<br>___ United States Mail, First Class<br>___ Direct Email<br> _x_ CM/ECF Notification |

Dated: October 18, 2013

/s/ Albert H. Kirby
Albert H. Kirby, WSBA #23091

DECLARATION OF ALBERT H. KIRBY
(Case No. 2:12−cv−00576−RSL)
Page 3

KIRBY LAW GROUP
93 S. Jackson St. #63230
Seattle, WA 98104-2818
(206) 414-9950