FILED

JUL 8 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of similarly situated persons, | No. 14-80036 |
| Plaintiff - Respondent, | D.C. No. 2:12-cv-00576-RSL Western District of Washington, Seattle |
| v. | |
| ORANGE CAB COMPANY, INC., a Washington corporation, and RIDECHARGE, INC., a Delaware corporation, DBA Taxi Magic, | ORDER |
| Defendants - Petitioners. | |

Before: HAWKINS and WARDLAW, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the petition for permission to appeal is granted. The proposed reply submitted on April 3, 2014 is deemed filed.

The court, in its discretion, denies the petition for permission to appeal the district court's February 27, 2014 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

jp/MOATT