The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of similarly situated persons, | No. C12-0576RSL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CLARIFYING CLAIM FORM DEADLINE |
| v. | |
| ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware corporation d/b/a TAXI MAGIC, | |
| Defendants. | |

## I. STIPULATION

The parties, by and through their attorneys of record, respectfully request that the Court clarify that the deadline for Settlement Class Members to submit Claim Forms shall be May 30, 2017—60 days after Class Notice is sent. In support of this request, the parties stipulate and agree as follows:

1. The Settlement Agreement provides that Settlement Class Members shall submit Claim Forms "no later than the date specific in the Class Notice, which date shall be sixty (60) calendar days after the deadline for the Settlement Administrator to send Class Notice …." Settlement Agreement ¶ 4.03(b) [Dkt. 199 at 17 of 66].

2. Consistent with the 60-day post-notice deadline for Claim Forms in the Settlement Agreement, the [Proposed] Order Granting Preliminary Approval of Class Action

STIP. & ORDER CLARIFYING CLAIM FORM DEADLINE
(C12-0576RSL) — 1
4823-5685-6901v.1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Settlement provides "a valid Claim Form, as defined in Paragraph 4.03 of the Agreement, must be submitted as required in the Class Notice over the Internet or postmarked no later than sixty (60) days after Class Notice is sent." [Dkt. 198-1 at 5, ¶ 12.]

3. Unfortunately, the [Proposed] Order later provided in the dates of performance summary that "Settlement Class Members who desire to submit Claim Forms shall do so by [insert date], i.e., at least one hundred twenty-five (125) days after commencement of Class Notice." *Id*. at 8, ¶ 15(g). The 125 day guidance was intended to be added to the prior paragraph regarding the Settlement Hearing date, but was mistakenly added to the Claim Form deadline summary.

4. Thus, in the signed Order Granting Preliminary Approval of Class Action Settlement [Dkt. 202] the Court understandably followed the parties' suggestion that it set a Claim Form deadline at least 125 days after Class Notice and entered a deadline of August 4, 2017, in paragraph 15(g) of the Order while maintaining at paragraph 12 the deadline 60 days after Class Notice.

5. The parties apologize for the confusion, stipulate, and respectfully request that the Court enter an Order clarifying that the deadline to submit Claim Forms is May 30, 2017—60 days after Class Notice. As the Class Notice deadline is March 31, 2017, and Class Notice will need to recite the Claim Form deadline, the parties respectfully request the Court's guidance at its earliest convenience.

Respectfully submitted this 21st day of March, 2017, by:

| DAVIS WRIGHT TREMAINE LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Attorneys for Defendant RideCharge, Inc. | Attorneys for Defendant Orange Cab, Inc. |

By: s/*Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Jaime Drozd Allen, WSBA # 35742
James Harlan Corning, WSBA #45177
Jordan A. Clark, WSBA #49659
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150

By s/*Benjamin A. Stone*
Benjamin A. Stone, WSBA #33436
John T. Bender, WSBA #49658
1111 3rd Ave Ste 2700
Seattle, WA 98101-3224
Tel: (206) 436-2020
Benjamin.Stone@lewisbrisbois.com
John.Bender@lewsbrisbois.com

STIP. & ORDER CLARIFYING CLAIM FORM DEADLINE
(C12-0576RSL) — 2
4823-5685-6901v.1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

kenpayson@dwt.com
jaimeallen@dwt.com
jamescorning@dwt.com
jordanclark@dwt.com

HKM ATTORNEYS
Attorneys for Plaintiff

By: s/Donald W. Heyrich
Donald W. Heyrich, WSBA #23091
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504
dheyrich@hkm.com

Albert H. Kirby, WSBA #40187
SOUND JUSTICE LAW GROUP PLLC
936 N. 34th St., Ste. 300
Seattle, WA 98103
Tel: (206) 389-3210
ahkirby@soundjustice.com

## II.   ORDER

Having considered the foregoing Stipulation and for good cause shown, it is hereby ORDERED that Settlement Class Members who desire to submit Claim Forms shall do so by May 30, 2017.

DATED: March 23, 2017.

_____
Honorable Robert S. Lasnik
United States District Judge

STIP. & ORDER CLARIFYING CLAIM FORM DEADLINE
(C12-0576RSL) — 3
4823-5685-6901v.1 0095872-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700