UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORREY GRAGG, on his own behalf and on behalf of similarly situated persons,

Plaintiff,

v.

ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware corporation d/b/a TAXI MAGIC,

Defendants.

No. C12-0576RSL

**DECLARATION OF SETTLEMENT ADMINISTRATOR JENNIFER M. KEOUGH**

The Honorable Robert S. Lasnik

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). JND is a legal administration services provider with operations centers in Denver, Minneapolis, and Seattle. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator ("Administrator") in the above-captioned litigation ("Action"), as ordered by the Court in its Order Granting Preliminary Approval of Class Action Settlement dated March 1, 2017 ("Order"). This Declaration is based

on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

**CAFA NOTICE**

3. On February 10, 2017, JND mailed a cover letter (including a list of case documents) and a CD-ROM containing PDF copies of certain case documents required under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715 (together with the cover letter, the "CAFA Notice") to 60 Attorneys General and other appropriate federal and state officials advising them of the settlement. A true and correct copy of the cover letter and list of case documents is attached as **Exhibit A**.

**CLASS MEMBER DATA**

4. On or about March 13, 2017, JND received a number of spreadsheets containing, among other information, the names and addresses of individuals identified as Class Members. The spreadsheets contained contact information for 60,670 Class Members, of which 5,737 had been returned as undeliverable following the initial notice mailing. The data therefore contained 54,933 potentially deliverable Class Member records.

5. Prior to mailing notices, JND updated Class Member address information using data from the National Change of Address ("NCOA") database. After these updates, the mailing data was de-duplicated, leaving a total of 54,261 Class Members with a mailing address ("Class Mailing List"). This Class Member data was promptly loaded into a database established for this Action.

**NOTICE MAILING**

6. On March 31, 2017, JND mailed a postcard notice containing a taxi cab voucher code ("Notice") via first-class regular mail to the 54,261 addresses for the Class Members identified through Defendants' records. A sample of the Notice is attached hereto as **Exhibit B**.

7.     As of the date of this Declaration, JND has tracked 6,181 Notices from the original mailing that have been returned to JND as undeliverable at the address provided.  JND re-mailed a total of 396 Notices to forwarding addresses provided by the U.S. Postal Service.  Of the Notices that were re-mailed, 24 have been returned to JND as undeliverable.  After all mailing attempts, there were 48,452 class members whose Notices were not returned.

**PUBLICATION NOTICE**

8.     On March 30, 2017, and April 6, 2017, JND caused a publication version of the legal notice ("Publication Notice") to appear in *The Seattle Times*.  Copies of the Publication Notice, as they appeared in each edition of the paper, are attached as **Exhibit C**.

9.     The Publication Notice informed readers of the basic details of the Settlement, and directed them to the website and toll-free number, by which they could obtain a copy of the Notice, submit a Claim Form, or ask additional questions about the Settlement.

**WEBSITE**

10.     On March 29, 2017, JND established a dedicated information website (www.taxitextsettlement.com) which hosts copies of important case documents, answers frequently asked questions, and provided administrator contact information for mail or e-mail contact.  As of the date of this Declaration, the settlement website tracked 5,981 page views, and 260 case document views.  A single visitor to the website can register multiple views.

**OBJECTIONS**

11.     The Notice informed recipients that any Class Member who wanted to object to the approval of the Settlement could do so by submitting a written statement to Class Counsel on or before May 30, 2017.

12.     As of the date of this Declaration, JND did not receive any objections to the proposed settlement.

**REQUESTS FOR EXCLUSIONS**

13. The Notice informed recipients that any Class Member who wanted to exclude himself from the Settlement ("opt-out") must send a signed letter to JND stating that they "want to opt out of the Taxi Text Settlement," postmarked on or before May 30, 2017.

14. As of the date of this Declaration, JND did not receive any opt-out requests.

**CLAIM FORMS**

15. The Notice informed recipients that any Class Member wishing to receive a settlement payment must complete and sign a Claim Form and submit it to JND so that it was postmarked on or before May 30, 2017, if sent via mail, or received by May 30, 2017, if submitted online.

16. As of the date of this Declaration, JND received a total of 283 Claim Forms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2017, at Seattle, Washington.

By: Jennifer M. Keough

Jennifer M. Keough

# EXHIBIT A

February 10, 2017

VIA PRIORITY MAIL

The United States Attorney General
and All State Attorneys General on the attached Service List

      Re:    Notice of Proposed Class Action Settlement in *Torrey Gragg v. Orange Cab Company, Inc., et al.*, Case No. 2:12−cv−00576−RSL (W.D. Wash.)

Dear Madam or Sir:

      Pursuant to 28 U.S.C. § 1715, Defendants Orange Cab Company, Inc. and RideCharge, Inc. hereby provide notice of a proposed class action settlement in the above-referenced matter pending in the United States District Court for the Western District of Washington. Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD-ROM that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Plaintiff's Complaint for Injunctive Relief and Damages*, *Plaintiff's First Amended Complaint for Damages and Injunctive Relief*, and *Plaintiff's Second Amended Complaint for Injunctive Relief and Damages* are included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of February 10, 2017, the Court has not yet scheduled any judicial hearings in this matter.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Postcard Notice, Publication Notice, Long-Form Notice,* and *Claim Form* to be provided to the class are included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement Agreement:** A copy of the proposed *Settlement Agreement and Release of Claims* is included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** A *Settlement Term Sheet* is included on the enclosed CD-ROM. As of February 10, 2017, aside from the *Settlement Agreement and Release of Claims* and the *Settlement Term Sheet*, no other settlement or agreement has been made between class counsel and Defendants' counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of February 10, 2017, no final judgment or notice of dismissal have been entered in the action. A copy of the *[Proposed] Settlement Order and Final Judgment* is included on the enclosed CD-ROM.

7. **28 U.S.C. § 1715(b)(7)(A) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), a complete list of names of known potential class members by State residence as well as an estimated proportionate share of the settlement of potential class members by State is included on the enclosed CD-ROM.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As of February 10, 2017, there has been no written judicial opinion related to the materials described in 28 U.S.C. § 1715(b)(3)-(6).

9. **Other Material:** Although not required under 28 U.S.C. § 1715, Defendants also include on the enclosed CD-ROM *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Declaration of Donald W. Heyrich in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement,* and *[Proposed] Order Granting Preliminary Approval of Class Action Settlement.*

Defendants will ask the Court to find that this Notice complies with 28 U.S.C. § 1715. Defendants do not intend to supplement this Notice. If you have questions about this Notice, the lawsuit, or the enclosed materials, or if you did not receive any of the listed materials, please feel free to contact any of the undersigned counsel for Defendants.

Sincerely,

***For Defendant RideCharge, Inc.***

DAVIS WRIGHT TREMAINE LLP

By: *s/Kenneth E. Payson*

Kenneth E. Payson
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: 206.622.3150
kenpayson@dwt.com

Jefferson B. Sessions
February 10, 2017
Page 3

***For Defendant Orange Cab Company, Inc.***

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Benjamin A. Stone*

Benjamin A. Stone
1111 Third Avenue, Suite 2700
Seattle, Washington 98101-3224
Telephone: 206.436.2020
Benjamin.Stone@lewisbrisbois.com

Enclosures CD-ROM
Service List

# EXHIBIT B

LEGAL NOTICE

# If you received an Orange Cab dispatch notification text message on your cell phone, you may be entitled to benefits under a class action settlement.

*This notice may affect your legal rights. Please read it carefully.*

This is an official court notice from the United States District Court for the Western District of Washington, *Gragg v. Orange Cab Co., Inc. and RideCharge, Inc.*, No. C12-0576RSL.

**www.taxitextsettlement.com**

*Taxi Text Settlement*
c/o JND Class Action Administration
P.O. Box 6878
Broomfield, CO 80021

First-Class Mail
US Postage Paid
Permit # 45

Claim #: [CF_Printed_ID]

«First1» «Last1»
«co»
«Addr1» «Addr2»4
«City», «St» «Zip»
«Country»
«IM Barcode»

**What is the lawsuit about?**
A proposed settlement has been reached with Orange Cab Co., Inc. and RideCharge, Inc. ("Defendants") in a class action lawsuit that claims, among other things, that RideCharge sent an Orange Cab dispatch notification text message without prior express consent to cellular telephones in violation of state and federal law. Defendants deny any wrongdoing and believe the dispatch notification text messaging complied with applicable law. Defendants have agreed to provide taxi ride Vouchers and cash payments to eligible Settlement Class Members, and other relief, to resolve the claims in this lawsuit.

**Why did I Receive a Notice?**
Defendants' records show you may be included in the Settlement Class which includes all persons or entities who received at least one Orange Cab dispatch notification text message on their cellular telephone from RideCharge.

Settlement Class Members whose names and addresses were identified have been sent a $12 Voucher on the reverse side of this notice. Settlement Class Members who submit a valid Claim Form will also be eligible to receive a cash payment of $48, as well as a $12 Voucher if they were not sent one earlier.

**How do I claim a payment, and how do I get a Voucher if a Voucher was not sent to me?**
Go to www.taxitextsettlement.com and file a claim online or download, print, complete, and mail a Claim Form to the Settlement Administrator. Claim Forms must be **submitted or postmarked by May 30, 2017**.

**What are my other options?**
If you do not want to be legally bound by this settlement, you must exclude yourself by submitting a request for exclusion **postmarked by May 30, 2017**. Unless you exclude yourself, you will not be able to sue any of the Defendants or other Released Parties for any of the Released Claims. If you do not exclude yourself, you may object and notify the Court that you or your lawyer intends to appear at the Court's hearing. Objections must be **postmarked by May 30, 2017**. For more information, including a more detailed Class Notice, Claim Form, and Settlement Agreement go to www.taxitextsettlement.com.

**Settlement Hearing:**
The Court will hold a hearing on December 7, 2017, at 9:00 am, to consider whether to approve: (1) the settlement; (2) Class Counsel's request for $991,392 in attorneys' fees and $130,000 in out-of-pocket litigation costs; and (3) a $7,500 Service Award to the Representative Plaintiff (Torrey Gragg). If approved, these fees, costs, and Service Award, as well as the costs of Class Notice and Settlement Administration will be paid by Defendants. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

# *ORANGE CAB $12 TAXI VOUCHER*

(To be completed by the taxi driver.)

Taxi Driver Name: ______________________

Rider Name: ______________________

Rider Phone Number: ______________________

Date of Presentment: ______________________

Total Fare Amount: ______________________

Cab #:____ Orange ID:____ Trip #:_________ Act # 3035

Call (206) 522-8800 to schedule a ride using your Voucher number on the reverse side.

Valid Until June 29, 2017

Only one Voucher may be redeemed by any one person. Valid for a single taxi ride with customer responsible for amount of said taxi ride exceeding $12.00. May not be combined with any other Voucher or offer.

Questions? Visit www.taxitextsettlement.com

**Voucher No. XXXXXXXXXXXXX**

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 23 BROOMFIELD, CO

POSTAGE WILL BE PAID BY ADDRESSEE

Taxi Text Settlement
c/o JND Class Action Administration
P.O. Box 6878
Broomfield, CO 80021

# EXHIBIT C

## < Arena

FROM C1

DEAN RUTZ / THE SEATTLE TIMES

*Two groups are expected to submit proposals to renovate KeyArena.*

the next 11 months. There is a two-year renewal option at $5,000 per month once the first year is up.

The deal does not require East, listed as the deal's project manager for CBE, to register as a lobbyist even though her scope of work entails "the development of relationships with key elected officials, department directors, agency staff and others."

McGraw said the nature and relatively low volume of the work East is doing does not by law require lobbyist registration.

"We really just don't do the same amount of volume that the city and the county do at general purpose government," he said. "They're spending a lot of money on a lot of different issues. Whereas we as a special purpose government have a few issues comparatively that we get involved in."

A Puget Sound Business Journal story reported that the Port had given East a list of essential strategies for supporting KeyArena redevelopment while opposing the Sodo project. Six weeks later, she returned with a draft agenda for a meeting with the Port on KeyArena, developing a "coalition approach" to generating support for its redevelopment.

McGraw said Port commission president Tom Albro was not involved in negotiating or approving the contract. That was handled by the Port's local Seattle lobbyist, Lindsay Wolpa, and a group of staffers.

Last week, Albro said he had recused himself in January from all KeyArena discussions because his company has a 10-year city contract to manage the Seattle Monorail. One company expected to submit a proposal to renovate KeyArena, the Oak View Group of Los Angeles, has said the Monorail factors into its transportation and parking mitigation plan.

A second company that has said it will submit a KeyArena proposal — Anschutz Entertainment Group, also of L.A. — is expected to incorporate the Monorail into its plans.

Albro has announced he won't seek re-election this fall.

He has not been accused of ethics violations, and the city has no plans to alter his contract or the KeyArena proposal process. City officials had known for years of Albro's Monorail ties, and an Oak View Group spokesperson said last week the company was told ahead of time of his potential conflict.

Proposals to renovate KeyArena are due April 12.

The Port has long opposed a rival project pitched in Sodo District by entrepreneur Chris Hansen and has actively campaigned against it for years using paid lobbyists, executives and other staffers.

Hansen also employs two of Seattle's best-connected lobbyists — Rollin Fatland and Lynn Claudon — who also have met privately with city officials the past few years. On Jan. 6 Fatland made a public-records request asking the Port to release all documents pertaining to its CBE contract.

Those documents subsequently were released to Fatland and published on the Port's website. They were then picked up on by some local broadcast media.

As for spending public money on a CBE contract that supports private KeyArena ventures over Hansen's efforts in Sodo, McGraw said the Port views it as protecting the public's interest. McGraw said the Port believes it is protecting working-class jobs by opposing industrial lands being redeveloped for a Sodo arena.

McGraw added the CBE contract money is relatively low in the overall scheme of consulting deals done by the Port annually. He could not give exact details when asked about how the CBE contract compares with other deals, nor say how much of it involves direct KeyArena promotion compared with other industrial-lands work.

*Geoff Baker: 206-464-8286 or gbaker@seattletimes.com. On Twitter @GeoffBakerTIMES.*

# PUBLIC NOTICES

**To place a legal ad call 206/652-6018 or email us at legals@seattletimes.com**

## Public Notices

AT&T Mobility, LLC is proposing to modify an existing telecommunications tower facility located in Tiger Mountain State Forest approximately 1.4 miles northeast of the intersection of Route 18 and Issaquah-Hobart Road SE in Maple Valley, WA. The modification will consist of replacing two existing antennas with two new antennas (one per sector) at a height of 120 feet above ground level on the existing 144-foot transmission tower. Any interested party wishing to submit comments regarding the potential effects the proposed facility may have on any historic property may do so by sending comments to: Project 6117000860-MRG c/o EBI Consulting, 3703 Long Beach Blvd, Suite 421, 2nd Floor, Long Beach, CA, 90807 or via telephone at (339) 234-3535.

### CITY OF BELLEVUE
### ADVERTISEMENT FOR BIDS

BID NO. **17006**
DATE OF BID OPENING: 13, April, 2017
TIME: 11:00 am

Notice is hereby given that the sealed bids will be received by the City of Bellevue, Washington, for:

**Lower Coal Creek**
**Flood Hazard Reduction Group 1**
**Upper Skagit Key Culvert Replacement**
**BID NUMBER: 17006**

by filing with the Service First Desk / 1st Floor, 450 110th Avenue NE, until 11:00 am, the 13th day of April at which time such bids will be opened, publicly read and tabulated for submission to the City Council at a future council meeting.

**Bids received later than 11:00 am, April, 13, 2017, will not be considered.**
At that time, bids will be opened, publicly read, and tabulated for submission to the City Council at a future meeting.

Work contemplated to be performed under this contract is as follows:

- Remove existing 10'x6' concrete box culvert carrying Skagit Key over Coal Creek and other facilities to support construction replacement bridge
- Install 24-foot span precast concrete slab bridge, on 3.5 foot diameter, about 75 foot deep drilled shaft foundations
- Install vinyl sheet piling under bridge for scour protection
- Install metal traffic rail
- Raise Skagit Key and repave 131 feet of roadway
- Replace existing rolled curb with traffic curb and gutter on both sides of Skagit Key
- Replace existing sidewalk on west side of Skagit Key
- Replace 155 feet of existing storm drain with new storm drain and relocate outfalls
- Remove 86 feet of existing waterline and replace with new
- Regrade 95 feet of Coal Creek channel
- Install 45-foot long crib wall structure on left bank of Coal Creek
- Place two habitat log clusters on right bank of Coal Creek
- Place streambank material along Coal Creek channel under bridge
- Revegetate riparian corridor in project area
- Restore residential landscape in project area.

The Engineers Opinion of Probable Cost ranges from $950,000.00 to $1,150,000.00

**BID BOND REQUIRED**: Each bid shall be accompanied by a bid bond in the form of cash, certified check, cashier's check or surety bond in an amount equal to at least 5% of the amount of such bid. Checks shall be made payable to the City Treasurer. Should the successful bidder fail to enter into a contract and furnish a satisfactory performance and payment bond within the time stated in the specifications, the bid bond shall be forfeited to the City of Bellevue.

**PLANS AND SPECIFICATIONS FOR THIS PROJECT ARE AVAILABLE ONLINE AT BUILDERS EXCHANGE AT WWW.BXWA.COM**. The City utilizes Builder's Exchange of Washington to post plans, specifications, addenda, plan holders lists and bid results for all public works projects. All documents pertaining to this project will be available at the Builder's Exchange of Washington, Inc. website at http://www.bxwa.com or at the City of Bellevue's website at http://www.bellevuewa.gov/bid-invitations.htm. Builder's Exchange will manage the official plan holders list and notification to those on the list of any and all addenda related to this project. Addenda may not be available or updated on any other website other than through the official plan holders list.

**SUPPLEMENTAL RESPONSIBLE BIDDER CRITERIA**
**Supplemental Responsible Bidder** Criteria will apply to this project, and are included in the **Special Contract Information** section, **Item 17.** In a timely manner, Bidders may request, in writing, that the City modify the supplemental criteria. The City reserves the right to modify or not modify the supplemental criteria in its discretion. The City shall issue an Addendum, prior to the Bid Due Date, should it modify the supplemental criteria. The City shall not modify the supplemental criteria after the Bid Due Date, therefore, Bidders are encouraged to discuss with the project manager immediately and before the Bid Due Date the relevancy of the supplemental bidder criteria.
Any bidder determined to be not responsible based on these supplemental criteria may appeal the City's determination by providing additional information to the City within two 2 business days following receipt of the City's written determination that the bidder was determined not responsible.

The City of Bellevue reserves the right to reject any and all bids and to waive irregularities and informalities in the bidding process. No bidder may withdraw their bid for a period of sixty (60) days after the date and time set for the opening thereof.

The successful bidder must comply with the City of Bellevue equal opportunity requirements. The City of Bellevue is committed to a program of equal employment opportunity regardless of race, color, creed, religion, gender, age, national origin, pregnancy, genetic information, marital status, sexual orientation (including gender identity), or the presence of any sensory, physical, or mental disability.

The City of Bellevue's is also committed to complying with Title VI of the Civil Rights Act of 1964, that provides "No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."

Hard copy plans and specifications are available upon payment of a fee of THIRTY Dollars ($30) per set at City Hall, located at 450 - 110th Ave NE, Bellevue at the Service First Desk. This fee is non-refundable. Contract plans and contract specifications will not be mailed.

Published:

Daily Journal of Commerce: 3/23/2017 and 3/30/2017

Seattle Times: 3/23/2017 and 3/30/2017

legals@seattletimes.com

### CITY OF BOTHELL
### NOTICE OF COMPLETE APPLICATION AND OPTIONAL SEPA NOTICE

The responsible official has a reasonable basis for expecting to issue a SEPA Determination of Non-Significance (DNS) or Mitigated Determination of Non-Significance (MDNS) on this project. As such, the optional DNS/MDNS notice process is being used pursuant to 14.02.135 BMC. This may be the only opportunity to comment on the environmental impacts of the proposal.

**Issue date**: March 30, 2017

**End of comment period** April 20, 2017

**Applicant**: Phoenix Development LLC
16108 Ash Way, Suite 101
Lynnwood, WA 98087

**Agent**: Lyle Landrie

**Hearing information, if applicable**: To be determined

**Project case number**: SUB2017-09921, SEP2017-09922

**Project name**: Westerford Preliminary Plat

**Project description**: The applicant is seeking preliminary approval to subdivide two parcels equaling 4.97 acres into 8 single family residential home lots. The two lots are divided by an un-opened 60 ft. public right of way which will be opened and improved to provide access to the new lots. There are critical areas located on and adjacent to the proposed project site, however, no impact is proposed to the critical areas or associated buffers. The on-site wetland and slope at the west end of the property will be protected and set aside into a separate critical area tract. A storm water detention facility is proposed within a tract located between lots 6, 7 and 8, and will be the sole access to lot 7.

**Project location**: 1231 233rd St. SE, Bothell WA 98021

**Other permit applications pending with this application**: None at this time.

**Other permits approved or required, but not included with this application**: Grading permit, Right-of-way permit, Utility permits, Building permits.

**Special studies requested of the applicant at this time (RCW 36.70B.070)**: To be determined

**Existing documents that evaluate the impacts of the proposed project**: SEPA Environmental checklist, Geotechnical Study, Critical Area Report, Preliminary Drainage Report.

**Application received**: March 17, 2017

**Date of notice of complete application**: March 23, 2017

The proposal includes the following mitigation measures under applicable codes, if an MDNS is expected:

- An MDNS is not expected. The Responsible Official anticipates issuing a DNS on this project.

The project review process will incorporate or require mitigation measures regardless of whether an EIS is prepared. A copy of the subsequent threshold determination for the specific proposal stating the time period for filing an appeal may be obtained upon request.

A copy of the subsequent threshold determination for the specific proposal stating the time period for filing an appeal **may be obtained upon request** (in addition, the city may maintain a general mailing list for threshold determination distribution)

A preliminary determination of overall project consistency has not been made at the time of this notice. The following applicable development regulations will be used for project mitigation and consistency: Bothell Municipal Code Titles: 11-Administration, 12-Zoning, 14-Environment, City of Bothell Design and Construction Standards and Specifications, Imagine Bothell...Comprehensive Plan.

Every person has the right to comment on this project by submitting those comments in writing to Amanda Davis at the Department of Community Development within the comment period identified above. Those who may wish to receive notice of and participate in any hearings, and/or request a copy of the decision once made and any appeal rights may also submit such requests to the Department of Community Development.

Project files, plans and documents are available for viewing and/or copying (at the requestor's cost) and are located at the Department of Community Development, Bothell City Hall, 18415 101st Ave NE, Bothell, WA 98011. Please phone (425) 806-6400 and arrange a time to view these documents prior to your visitation to the Department.

### CITY OF BURIEN
### 400 SW 152ND STREET, SUITE 300 BURIEN, WASHINGTON 98166-3066
### PUBLIC HEARING NOTICE

**Hearing Information** The City of Burien City Council will hold a public hearing on April 17, 2017 at 7:00 p.m. at Burien City Hall, 400 SW 152nd Street, Burien WA, to receive public comments on the following application: LARC @ Burien Petition to Vacate Alleyway in the Valley View Addition.

**Applicant** David Sinnett, LARC @Burien, LLC

**Proposal** The Burien City Council will consider a petition to vacate a portion of an alleyway located in the Valley View Addition abutting Lots 5, 6, 7 And 8, and Lot "A" KCBLA L94L0038. The petition was submitted and signed by no less than 2/3 of owners of property abutting said alleyway. The petition to vacate is associated with a Type 1 Land Use application for the construction of a 160-unit Senior housing apartment complex.

**File No.** PLA-16-2852
File is available for viewing at Burien City Hall during regular business hours.

**Location** 11672 Des Moines Memorial Drive

**Tax Parcel No.** 092304-9020, 885800-0040, and 885800-0005

**Current Zoning** Residential Multifamily-24 Units per Acre (RM-24) and Residential Multifamily-48 Units per Acre (RM-48)

**How to Comment** Any person may submit written or oral comments or testimony at the public hearing, or may submit written comments prior to the hearing. Written comments may be submitted in person, via mail, e-mail or by facsimile. **Written comments must be received prior to 5:00 p.m. on Friday, April 7, 2017.** Send written comments to the project engineer (see below). Only persons who submit written or oral comments prior to the close of the hearing may appeal the decision. All documents submitted or requested as part of this application, including the City staff report are available for review at City Hall during regular business hours.

**Project Engineer (for submittal of written comments or for more information)**
Ramesh Davad, Development Review Engineer
Public Works Department
City of Burien
400 SW 152nd Street, Suite 300
Burien, WA 98166
Phone: (206) 248-5527
E-Mail: RameshD @burienwa.gov

**Published in the Seattle Times** Date of Notice: March 30, 2017

### CITY OF KIRKLAND
### NOTICE OF APPLICATION
### WADDELL SHORT PLAT, CASE NO. SUB17-00138
### NEIGHBORHOOD: CENTRAL HOUGHTON

PROPOSAL: Moira Haughian of The Blueline Group, the applicant, is requesting a Process I Short Plat Permit to subdivide a 52,660 square foot parcel (1.20 acres) into three lots in the RM 3.6 Use Zone. Associated wetland buffer enhancement is also proposed. REVIEW PROCESS/PUBLIC COMMENT: The decision on this application will be made by Planning Director. Written comments must be received prior to 5 PM on 4/17/17. Send written comments to project planner, David Barnes, 123 5th Avenue, Kirkland, WA 98033 or e-mail dbarnes@kirklandwa.gov. Additional information is available at www.mybuildingpermit.com or you may contact the Planning and Building Department at 425.587.3600.

### CITY OF LAKE FOREST PARK
### PUBLIC NOTICE
### NOTICE OF DECISION FOR SHORT SUBDIVISION (SHORT PLAT)

**File Number**: 2016-SP-0002

**Applicant**: Craig Ross on behalf of Robert Moffatt and Laura Jorgensen

**Location of proposal**: 4039 NE 178th St Lake Forest Park, WA 98155
Parcel: # 115410-0105

**Total Plat Area**: 33,944 sq.ft.

**Lot 1 Size**: 15,000 sq.ft.

**Lot 2 Size**: 18,944 sq.ft.

**Total Number of Proposed Lots**: 2

**Zoning**: RS-15

**Approved Project**: To divide one single-family zoned parcel into two single-family zoned parcels. Tree tracts, equal to 5% of the total property area, have been approved by the City Arborist.
Enivronmental Review: After review of the proposal and the State Environmental Policy Act (SEPA), the City has determined that the proposal is categorically exempt under WAC 197-11-800 (6) (d). A statement of exemption from SEPA was issued on December 22, 2016.

**Additional Information**: Additional Information may be obtained by contacting the Lake Forest Park Planning Department at (206) 957-2832 or at cityoflfp.com, or at the City's Notices and Announcements webpage (cityoflfp.com/index.aspx?nid=313). Materials related to this proposal may be reviewed at City Hall Monday - Friday 9:00 am - 5:00 pm. Contact Ande Flower, Principal Planner, at aflower@cityoflfp.com if you prefer to make an appointment to review the materials with a planner's assistance.

**Appeals**: This Type-III decision may be appealed to the City hearing examiner. To do so, submit a written appeal statement to City Clerk, Evelyn Jahed, at 17425 Ballinger Way NE, Lake Forest Park, WA 98155, along with a $500 filing fee no later than the fourteenth day following the date of publication of this decision. You should be prepared to make specific factual objections in your written appeal.

### CITY OF SAMMAMISH
### NOTICE OF DECISION
### MORENO REASONABLE USE EXCEPTION RUE2016-00116

**Date of Notice: March 31, 2017**
**Appeal Period Ends April 20, 2017 at 5 PM**

**NOTICE IS HEREBY GIVEN** that on March 30, 2017 the City of Sammamish Department of Community Development issued a decision for the Moreno Reasonable Use Exception (RUE), RUE2016-00116.

The applicant proposed a Reasonable Use Exception to construct a single family residence and associated infrastructure in the southeast corner of the parcel (Tax Lot 3575304916); underlying lots within this site will be combined through a Boundary Line Adjustment (BLA). The existing land is encumbered by landslide hazard areas, erosion hazard areas, and associated buffers. The proposed development will result in approximately 2,035 square feet of impervious surface, including a building footprint of approximately 1,400 square feet. The proposed improvements will drain to a proposed City stormwater drainage system.

The City evaluated the reports and items submitted by the applicant in support of the proposal, and issued an approval with conditions. A copy of the Decision and Exhibits can be found here: https://spaces.hightail.com/receive/d7U25.

**File Number**: RUE2016-00116

**Date of Application**: April 19, 2016.

Date of Completeness Determination: May 16, 2016

Date of Notice of Application: May 27, 2016.

Applicant: Jorge Moreno, 9016 Avondale Road NE, Redmond, WA 98052

Project Location: The proposed action is located within the 1400 block of 210th Avenue NE, Sammamish, WA. The property is further identified as King County Assessors Tax Parcel Numbers 3575304950 and 3575304916., within the W1/2, SW1/4, of Section 2, Township 24 North, Range 6 East, W.M.

**Staff Project Planner Assigned**: Ryan Harriman, AICP, Senior Planner P: (425) 295-0529, E: rharriman@sammamish.us. Address: City of Sammamish City Hall, 801 228th Avenue SE, Sammamish, Washington 98075

**Appeal Period**: This decision may be appealed to the City of Sammamish Hearing Examiner pursuant to the provisions of SMC 20.10.080. The appeal period for this decision shall run from March 31, 2017 to April 20, 2017 at 5 PM. Please direct comments to the Staff Project Planner Assigned.

*Inquiries regarding the application, revised decision, and appeal process, as well as requests to view documents pertinent to the proposal, may be made at the City of Sammamish City Hall, 801 – 228th Avenue SE, Sammamish, Washington 98075, (Tel: 425.295.0500) during normal business hours, Monday through Friday, 8:30 a.m. to 5:00 p.m.*

*Mediation of disputes is available pursuant to SMC 20.20. Requests for mediation should be made as soon as it is determined the disputed issue(s) cannot be resolved by direct negotiation. Please contact the Department of Community Development for additional information on the Land Use Mediation Program.*

**Connect with the Northwest's largest newspaper readership.**

**PLACE A LEGAL NOTICE**
206/652-6018
legals@seattletimes.com

### INVITATION FOR SEALED BID

Notice is hereby given that the Confederated Tribes of the Colville Reservation (CTCR) Community Facility Manager will accept sealed bids for the Colville Tribal Net Pens RV Park project. The project consists of the construction of a 31 stall RV Park with associated road access, boat parking, CDX restrooms, showers, and fish cleaning station, dump station, well house, guard shack and camp grounds. The contract time for completion of the work is 130 calendar days. Copies of the bid packet including plans and specifications can be obtained from Standard Printworks 256 West Riverside Avenue, Spokane, WA 99201; Phone 509 624-2985, Fax 509-747-6808 and or www.sbprint.com for the non-refundable cost of reproduction or download or at Builders Exchange of Washington, Inc., 2607 Wetmore Avenue, Everett, WA 98201-2926, Phone 425-258-1303, Fax 425-259-3832 http://wvvw.bxwa.com It is recommended that Bidders "Register" in order to receive automatic e-mail notification of future addenda and to place themselves on the "Self-Registered Bidders List". Bidders that do not register will not be automatically notified of addenda and will need to periodically check the on line plan room for addenda issued on this project. Contact Builders Exchange of Washington should you require assistance with access or registration. Proposals are to be submitted on the forms provided within the contract provisions. All bids must be accompanied by a bid deposit in the form of a surety bond, postal money order, cash, cashier's check, or certified check in the amount equal to five percent (5%) of the amount of the bid proposed. Should the successful bidder fail to enter into such contract and furnish satisfactory performance and payment bond within the time stated in the specifications, the bid proposal deposit shall be forfeited to the CTCR. Bids must be submitted in sealed envelopes and received not later than **2:00 p.m.** (prevailing local time) on **Thursday, April 20, 2017**. The FedEx delivery address is Community Facility Manager, Colville Confederated Tribes 21 Colville St. Nespelem, WA 99155; hand delivery at the CTCR Facilities Maintenance Office, Yellow Cloud Building, 28 Lakes St. Agency Campus, 2 mi. south of Nespelem, WA 99155 and or USPS P.O. Box 150, Nespelem, Washington 99155. Bid openings will be held immediately thereafter and read aloud in the CTCR Facilities Maintenance office. The CTCR reserves the right to waive any irregularities or informalities and to reject any or all bids. No bidder may withdraw his or her bid after the time announced for the bid opening, or before the award and execution of the contract, unless the award is delayed for a period exceeding sixty (60) days. All work performed on this project will be subject to the provisions of Washington State prevailing wage, General Decision WA160079 01/08/2016 WA79 will Apply. A **Pre-Bid Meeting** will be held on site **Wednesday, April 05, 2017** at 01:00pm.

### KING COUNTY, WASHINGTON
### NOTICE TO BIDDERS

Sealed bids will be received by the King County Procurement Services Section, 3rd Floor, 401 Fifth Avenue, Seattle, WA 98104, until 2:00 PM of bid opening date for the following listed bids.

To download a document, go to our web page at: http://www.kingcounty.gov/procurement. King County encourages minority business enterprise participation. King County does not discriminate on the basis of disability in its programs, services, and employment opportunities for persons with disabilities.

**1056-17-LSM** **OPENS: 4/27/2017**
Technical Assistance for King County Birth-to-Three Service System

**1161-16-VLN** **OPENS: 5/4/2017**
King County Renewable Electricity Transition Planning

A pre-proposal conference to discuss questions related to this RFP shall be held at 1:30 PM on Monday, April 10, 2017.

**PLACE A LEGAL NOTICE**
206/652-6018
legals@seattletimes.com

legals@seattletimes.com

Pulte Homes of Washington, Pete Lymberis, 3535 Factoria Blvd SE Ste 110 Bellevue, WA 98006, is seeking coverage under the Washington State Department of Ecology's Construction Stormwater NPDES and State Waste Discharge General Permit.

The proposed project, Urbane Village, is located at 425 240th St SE in Bothell in Snohomish county.

This project involves 6.44 acres of soil disturbance for residential and utilities construction activities.

The receiving waterbody is Little Swamp Creek.

Any persons desiring to present their views to the Washington State Department of Ecology regarding this application, or interested in Ecology's action on this application, may notify Ecology in writing no later than 30 days of the last date of publication of this notice. Ecology reviews public comments and considers whether discharges from this project would cause a measurable change in receiving water quality, and, if so, whether the project is necessary and in the overriding public interest according to Tier II anti-degradation requirements under WAC 173-201A-320.

Comments can be submitted to:
Department of Ecology
Attn: Water Quality Program, Construction Stormwater
P.O. Box 47696, Olympia, WA 98504-7696

Quadrant Homes is offering the Eddy House, located in Sammamish, for relocation free of charge to qualified parties. Qualified party is responsible for all costs to move the home to an alternate location in Sammamish. Quadrant will contribute up to $50,000 towards the cost of relocating the home. Relocation is subject to time limitations. The house will be demolished if no receiving site is found. Interested qualified parties should contact Moira Haughian with The Blueline Group for details, mhaughian@thebluelinegroup.com or 425.250.7226.

SUPERIOR COURT OF WASHINGTON COUNTY OF KING U.S. BANK, NATIONAL ASSOCIATION V. TRISTAN T. TUMA; THE ESTATE OF KARLA M. TUMA; SHELBY R. TUMA; GRACE E. TUMA; AND ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 20416 119TH AVE. SE, KENT, WASHINGTON 98031. Case No.: 16-2-24342-8 KNT A lawsuit has been started against you in the above-entitled Court by U.S. BANK, NATIONAL ASSOCIATION (Plaintiff):
You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the 30th day of March, 2017 and defend the above entitled action in the above entitled court, and answer the complaint of the plaintiff U.S. BANK, NATIONAL ASSOCIATION, and serve a copy of your answer upon the undersigned attorneys for the plaintiff, Shannon K. Calt, at his office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the complaint, which has been filed with the clerk of said court. The complaint is for judicial foreclosure and alleges that the record owner of the property, KARLA M. TUMA, is deceased and that her Heirs, Assigns, and Devisees are unknown. ALDRIDGE PITE, LLP: Attn: Shannon K. Calt Plaintiff's Attorneys, 111 SW Columbia St, Suite 950, Portland, OR 97201. Tel: (503) 345-9877, Fax: (503) 222-2260, Email: scalt@aldridgepite.com

**PLACE A LEGAL NOTICE**
206/652-6018
legals@seattletimes.com

### SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

IN RE THE ESTATE OF:
LLOYD WAYNE WILLIAMSON,
Deceased.

**Case No.: 17-4-01265-1 SEA**
**NOTICE TO CREDITORS**

**STATE OF WASHINGTON**
**COUNTY OF KING**

The Personal Representative named below has been appointed as Personal Representative of this estate. The decedent is Lloyd Wayne Williamson. Any person having a claim against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving on or mailing to the Personal Representative or the Personal Representative's attorney at the address stated below a copy of the claim and filing the original claim with the court. The claim must be presented within the later of: (1) thirty (30) days after the Personal Representative's served or mailed the notice to the creditor as provided under RCW 11.40.020 (1) (c ); or four (4) months after the date of first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

DATE OF FIRST PUBLICATION: Thursday, March 16, 2017 in The Seattle Times newspaper, to be published in the physical newspaper once each week for three consecutive weeks.

PERSONAL REPRESENTATIVE: SHIRLEY M. ATKINS

ADDRESS FOR MAILING OR SERVICE:
3304 220th Ave SE
Sammamish, WA 98075

Union Pacific Railroad Company hereby provides notice of the proposed modification to a 68 foot monopole communications tower. This site location is 1525 No River Rd, Seattle, WA 97227. The Federal Communications Commission (FCC) Antenna Structure Registration Form 854 filing number is A1069202. Medium intensity dual lighting will be utilized.

The application may be reviewed by going to www.fcc.gov/asr/applications and entering the Form 854 File Number. Environmental concerns may be addressed by filing a Request for Environmental Review online at www.fcc.gov/asr/environmentalrequest or by mailing a request to: FCC Requests for Environmental Review, Attn: Ramon Williams, 445 12th Street SW, Washington, DC 20554.

City of Bellevue

### Weekly Permit Bulletin
### Publish Date: March 30, 2017

For official notice and review of land use applications, meetings, decisions, recommendations, hearings, and appeals of land use decisions within the City of Bellevue, please visit www.bellevuewa.gov/weekly_permit_bulletin.htm to view the City's official Weekly Permit Bulletin. For more information, please contact Development Services in the City of Bellevue either by phone 425-452-6800 or email at landusereview@bellevuewa.gov .

**PLACE A LEGAL NOTICE**
206/652-6018
legals@seattletimes.com

legals@seattletimes.com

LEGAL NOTICE

## If you received an Orange Cab dispatch notification text message, you could be entitled to benefits under a class action settlement.

A proposed settlement has been reached with Orange Cab Co., Inc. and RideCharge, Inc. ("Defendants") in a class action lawsuit that claims, among other things, that RideCharge sent an Orange Cab dispatch notification text message without prior express consent to cellular telephones in violation of state and federal law. Defendants deny any wrongdoing and believe the dispatch notification text messaging complied with applicable law. Defendants have agreed to provide taxi ride Vouchers and cash payments to eligible Settlement Class Members, and other relief, to resolve the claims in this lawsuit.

You may be included in the Settlement Class which includes all persons or entities who received at least one Orange Cab dispatch notification text message on their cellular telephone from RideCharge.

Settlement Class Members whose names and addresses were identified have been sent a $12 Voucher. Settlement Class Members who submit a valid Claim Form will also be eligible to receive a cash payment of $48, as well as a $12 Voucher if they were not sent one earlier.

**How do I get a payment or a Voucher if a Voucher was not sent to me?** Go to www.taxitextsettlement.com and file a claim online or download, print, complete, and mail a Claim Form to the Settlement Administrator. Claim Forms must be **submitted or postmarked by May 30, 2017**.

**What are my other options?** If you do not want to be legally bound by this settlement, you must exclude yourself by submitting a request for exclusion **postmarked by May 30, 2017.** Unless you exclude yourself, you will not be able to sue any of the Defendants or other Released Parties for any of the Released Claims. If you do not exclude yourself, you may object and notify the Court that you or your lawyer intends to appear at the Court's hearing. Objections must be **postmarked by May 30, 2017**. For more information, including a more detailed Class Notice, Claim Form, and Settlement Agreement go to www.taxitextsettlement.com.

**Settlement Hearing:** The Court will hold a hearing on December 7, 2017 at 9:00 am, to consider whether to approve: (1) the settlement; (2) Class Counsel's request for $991,392 in attorneys' fees and $130,000 in out-of-pocket litigation costs; and (3) a $7,500 Service Award to the Representative Plaintiff (Torrey Gragg). If approved, these fees, costs, and Service Award, as well as the costs of Class Notice and Settlement Administration will be paid by Defendants. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**www.taxitextsettlement.com**

# No. 1 Johnson injures back in fall, unsure for tournament

THE MASTERS |

*Seattle Times news services*

AUGUSTA, Ga. — Masters favorite Dustin Johnson took a serious fall on a staircase Wednesday and injured his lower back, and his manager said it was uncertain whether the world's No. 1 golfer would be able to play in the tournament.

It was a stunning development on an otherwise quiet day at Augusta National, where the course was shut down at 1:30 p.m. because of storms.

The real calamity struck a few hours later.

David Winkle, his manager at Hambric Sports, said Johnson fell on the stairs at the home he is renting in Augusta.

"He landed very hard on his lower back and is now resting, although quite uncomfortably," Winkle said in an email. "He has been advised to remain immobile and begin a regimen of anti-inflammatory medication and icing, with the hope of being able to play tomorrow."

What might help Johnson is that he is in the last group for the opening round, scheduled to tee off at 11:03 a.m. PDT with two-time Masters champion Bubba Watson and PGA champion Jimmy Walker.

Johnson had been scheduled to attend the Golf Writers Association of America annual dinner Wednesday night to accept its award as male player of the year. He was coming off a season in which he won the U.S. Open for his first major, was voted PGA Tour player of the year for the first time, won the PGA Tour money title and captured the Vardon Trophy for the lowest adjusted scoring average.

Johnson, 32, rose to No. 1 starting with the first of three straight victories, the first player to do that going into the Masters in more than 40 years. Two of those titles were World Golf Championships, and his undefeated week at the Match Play made him the first player to capture all four of the WGCs.

## Par 3 Contest canceled

The popularity of the Masters Par 3 Contest wound up costing the honorary invitees a chance to play. The select group includes those who have won any of golf's other three major championships or the U.S. or British amateurs, but not the Masters.

While still invited to Augusta National, the honorary invitees were told this year to skip the Par 3 Contest. The logistics of trying to complete the contest in the time allotted with the growing numbers was just too much.

Augusta National chairman Billy Payne said more tournament players and former Masters champions wanted to play the Par 3 Contest, "stretching out the required time to complete it to a point that it became exceedingly difficult to do it."

It wasn't really an issue this year. The Par 3 was called off by bad weather.

But the event has increasingly become one of the highlights of the week, televised by ESPN and featuring everyone from former greats such as six-time masters champion Jack Nicklaus to the young children of players, bounding around the nine-hole course in their white caddie coveralls.

Tee times > C8

# PUBLIC NOTICES

To place a legal ad call 206/652-6018 or email us at legals@seattletimes.com

## Public Notices

**CITY OF AUBURN**
**ORDINANCE NO. 6645**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF AUBURN, WASHINGTON, APPROVING THE FINAL PLAT OF WYNCREST DIVISION III

INTRODUCED, PASSED, APPROVED: April 3, 2017

The full text of the above Ordinance, which is summarized in this publication, will be mailed without charge to any person who requests the text thereof from the Auburn City Clerk.

Published in the Seattle Times April 6, 2017. This ordinance is effective five days after publication.

**CITY OF AUBURN**
**ORDINANCE NO. 6646**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF AU-BURN, WASHINGTON, AMENDING ORDINANCE NO. 6621, THE 2017-2018 BIENNIAL BUDGET ORDINANCE, AUTHORIZING AMENDMENT TO THE CITY OF AUBURN 2017-2018 BUDGET AS SET FORTH IN SCHEDULE "A", SCHEDULE "B", AND SCHEDULE "C"

INTRODUCED, PASSED, APPROVED: April 3, 2017

The full text of the above Ordinance, which is summarized in this publication, will be mailed without charge to any person who requests the text thereof from the Auburn City Clerk.

Published in the Seattle Times April 6, 2017. This ordinance is effective five days after publication.

**CITY OF AUBURN**
**ORDINANCE NO. 6647**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF AUBURN, WASHINGTON, AMENDING SECTIONS 1.25.065, 8.12.080 AND 8.20.050 OF THE AUBURN CITY CODE RELATING TO THE ABATEMENT OF PUBLIC NUISANCES

INTRODUCED, PASSED, APPROVED: April 3, 2017

The full text of the above Ordinance, which is summarized in this publication, will be mailed without charge to any person who requests the text thereof from the Auburn City Clerk.

Published in the Seattle Times April 6, 2017. This ordinance is effective five days after publication.

**CITY OF AUBURN**
**ORDINANCE NO. 6649**

AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF AUBURN, WASHINGTON, AMENDING SECTIONS 2.08.030, 2.33.010, 2.33.020, 2.36.040, 2.42.020, 2.42.040, 2.43.020, AND 2.84.030 OF THE AUBURN CITY CODE, AND CREAT-ING A NEW SECTION 2.30.040 OF THE CITY CODE, RELAT-ING TO CITY BOARDS AND COMMISSIONS

INTRODUCED, PASSED, APPROVED: April 3, 2017

The full text of the above Ordinance, which is summarized in this publication, will be mailed without charge to any person who requests the text thereof from the Auburn City Clerk.

Published in the Seattle Times April 6, 2017. This ordinance is effective five days after publication.

**CITY OF BELLEVUE, WASHINGTON**

*The following are abstracts or brief summaries of legislation passed by the City Council. A complete copy may be obtained by requesting the legislation by its ordinance number from:*

*Office of the City Clerk*
*City of Bellevue*
*450 110th Avenue NE*
*Post Office Box 90012*
*Bellevue, WA 98009-9012*
*425-452-6805*

Ordinance No. 6349

Ordinance No. 6349 amending the 2017-2023 Utility Capital Investment Program (CIP) Plans by decreasing the total 2017-2018 available budget for the Sewer Pump Station Improvements Program (CIP Plan No. S-16) by $375,000 and increasing the 2017 budget for the Sewer System Pipeline Replacement Program (CIP Plan No. S-66) by $375,000.

Ordinance No. 6350

Ordinance No. 6350 authorizing amendment of the 2017-2023 Utility Capital Investment Program (CIP) Plans by decreasing the total 2017-2018 available budget for the Sewer Pump Station Improvements Program (CIP Plan No. S-16) by $600,000 and increasing the 2017 budget for Meydenbauer Bay Park Sewer Line Replacement Project (CIP Plan No. S-69) by $600,000.

PASSED by the City Council this 3rd day of April, 2017, and signed in authentication of its passage this 3rd day of April, 2017.

Attest:

Karin Roberts, CMC
Deputy City Clerk

**CITY OF BURIEN**
**400 SW 152ND ST. (SUITE 300)**
**BURIEN, WASHINGTON 98166-3066**
**PUBLIC HEARING NOTICE**

**Hearing Information** The City of Burien Hearing Examiner will hold a public hearing on April 20, 2017 at 1:00 PM at Burien City Hall 400 SW 152nd St., Suite 300 to receive public comments on the following application:

**Applicant** Dale Johnson, JRA Architecture for Bob Yeh, Owner

**Proposal** Type 2 Land Use Review, SEPA Review, for the rescindment of a binding site plan approval and the construction of a 28 unit multi-family building. The final site will consist of a single parcel containing a total of 74 multi-family units with associated parking and recreation facilities.

**File No.** PLA 16-2463

The Directors recommendation and the project file is available for viewing at Burien City Hall during regular business hours.

**Location** 246 South 162nd Street, Burien, Washington

**Tax Parcel Nos.** 553100-0010, 553100-0020, 553100-0030, 553100-0040

**Current Zoning** RM-24(Residential Multi-Family)

**How to Comment** Any person may submit written or oral comments or testimony at the public hearing, or may submit written comments prior to the hearing. Written comments may be submitted in person, via mail, e-mail or by facsimile. Only persons who submit written or oral comments prior to the close of the hearing may appeal the decision. All documents submitted or requested as part of this application are available for review at City Hall during regular business hours.

**Project Planner (for submittal of written comments or for more information)** David Johanson, Senior Planner
Department of Community Development
City of Burien
400 SW 152nd St., Suite 300
Burien, WA 98166
Phone: (206) 248-5522
E-Mail: davidj@burienwa.gov

**Published in the Seattle Times** Date of Notice: April 6, 2017

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

**CITY OF BURIEN**
**ADVERTISEMENT FOR BIDS**
**DES MOINES MEMORIAL DRIVE OVERLAY AND REPAIR**

Sealed bids will be received at Burien City Hall, 400 SW 152nd Street, Suite 300, Burien, WA 98166 (Phone 206-241-4647) until **2:00 pm, Thursday, April 20, 2017,** and will then and there be opened and publicly read at that time for the construction of the following improvements:

The City-funded project provides for asphalt planing and overlay, full depth HMA repair, channelization, and other minor items of work, all in accordance with the Contract Documents. The Engineer's estimate is $291,000.

Bid proposals shall be presented in accordance with the Contract Documents, which are available for online viewing and downloading at no cost through Builders Exchange of Washington, Inc. at **WWW.BXWA.COM**. Click on: "Posted Projects", "Public Works", "City of Burien", and "Projects Bidding". Bidders should "Register as a Bidder" for updates and/or addenda through the website or by calling (425) 258-1303. Contract Documents and Plans will be available for public inspection starting **Monday, April 10** at Burien City Hall. Hard copy available with Public Records Request and applicable fee.

Prospective Bidders desiring an explanation or interpretation of the Contract Documents and Plans shall submit inquiries by email to Brian Victor, City of Burien (brianv@burienwa.gov) by 2:00 p.m., Tuesday, April 18, 2017. Oral questions will not be answered and written questions submitted after said date will not be considered.

The City of Burien in accordance with Title VI of the Civil Rights Act of 1964, 78 Stat. 252, 42 USC 2000d to 2000d-4 and Title 49, Code of Federal Regulations, Department of Transportation, Subtitle A, Office of the Secretary, Part 21, Nondiscrimination in Federally-Assisted Programs of the Department of Transportation issued pursuant to such Act, hereby notifies all bidders that it will affirmatively ensure that in any contract entered into pursuant to this advertisement, disadvantaged business enterprises as defined at 49 CFR Part 26 will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, national origin, or sex in consideration for an award.

Monica Lusk
City Clerk

*Publish:*
*Seattle Times*: April 6, 2017
*The Daily Journal of Commerce*: April 6, 2017

**CITY OF BURIEN**
**WASHINGTON**
**SUMMARY OF ORDINANCE NO. 650**

AN ORDINANCE OF THE CITY OF BURIEN, WASHINGTON, APPROVING THE VACATION OF BURIEN PARK ESTATES, REAUSAW ADDITION, MILLER COURT SUBDIVISIONS AND THE ALTERATION OF WALKER-PLEMMONS GARDEN TRACTS AND WALKER'S GARDEN TRACTS SUBDIVISIONS TOGETHER WITH THE VACATION OF ASSOCIATED RIGHTS-OF-WAY.

On the 3rd day of April, 2017, the City Council of the City of Burien, Washington passed Ordinance No. 650 approving the vacation of Westridge – 10 Subdivision, adopting findings and conclusions, providing for subdivision vacations and alternations, providing for reservation of easements, granting construction of improvements, providing consideration, providing reservation of rights, requiring recording by the city clerk, providing for severability, and establishing an effective date.

The full text of this ordinance will be mailed without charge to anyone who submits a written request to the City Clerk of the City of Burien for a copy of the text.

APPROVED by the City Council at its meeting of April 3, 2017.

Monica Lusk, City Clerk
City of Burien
400 SW 152nd Street, Suite 300
Burien, WA 98166

Published in The Seattle Times: April 6, 2017

**CITY OF BURIEN**
**WASHINGTON**
**SUMMARY OF ORDINANCE NO. 667**

AN ORDINANCE OF THE CITY OF BURIEN, WASHINGTON, APPROVING THE SUBDIVISION AND FINAL PLAT KNOWN AS WESTVIEW AT MANHATTAN

On the 3rd day of April, 2017, the City Council of the City of Burien, Washington passed Ordinance No. 667 adopting and incorporating the findings, conclusions, and recommendation of the City of Burien Hearing Examiner for final approval, subject to conditions, of the Westview at Manhattan Subdivision, providing savings and establishing an effective date.

The full text of this ordinance will be mailed without charge to anyone who submits a written request to the City Clerk of the City of Burien for a copy of the text.

APPROVED by the City Council at its meeting of April 3, 2017.

Monica Lusk, City Clerk
City of Burien
400 SW 152nd St., Ste. 300
Burien, WA 98166

Published in The Seattle Times: April 6, 2017

**CITY OF KIRKLAND**
**NOTICE OF APPLICATION**
**SLATER AVENUE SHORT PLAT, CASE NO. SUB16-02810**
**NEIGHBORHOOD: NORTH ROSE HILL**

PROPOSAL: Toby Coenen of Pace Engineers, the applicant, is requesting a Process I Short Plat Permit for a 6-lot subdivision with wetland buffer modification. REVIEW PROCESS/PUBLIC COMMENT: The decision on this application will be made by Planning Director. Written comments must be received prior to 5 PM on 4/24/17. Send written comments to project planner, Scott Guter, 123 5th Avenue, Kirkland, WA 98033 or e-mail sguter@kirklandwa.gov. Additional information is available at www.mybuildingpermit.com or you may contact the Planning and Building Department at 425.587.3600.

**CITY OF KIRKLAND**
**NOTICE OF PUBLIC HEARING BEFORE HEARING EXAMINER**

SUBJECT: Devon Lane Reasonable Use Exception, File No. SAR16-01828. Reasonable Use Exception Permit for the construction of a new single family residence. ADDRESS: Vacant; Parcel No. 0120000120; NEIGHBORHOOD: Everest. PUBLIC HEARING: Hearing Examiner on 4/20/17 at 9:00 a.m. in the City Hall Council Chamber, 123 5th Avenue, Kirkland, WA 98033.PUBLIC COMMENT DEADLINE: Comments may be submitted prior to and/or at the hearing. STAFF CONTACT: Sean LeRoy, City of Kirkland Planning and Building Department at (425) 587-3260 or sleroy@kirklandwa.gov. More information is also available at www.mybuildingpermit.com.
Publishing Date: 4/6/17

**CITY OF SHORELINE**
**NOTICE OF PRELIMINARY SHORT PLAT APPLICATION**

**Location**: 1709 NE 146th Street; **Application** No. #202249, **Project Description**: Two-lot subdivision.

The public comment period ends April 21, 2017 at 5:00 p.m. Please mail, fax (206) 801-2788 or deliver comments to City of Shoreline, Attn: Brian Lee, 17500 Midvale Avenue N, Shoreline, WA 98133 or email to blee@shorelinewa.gov.

**Administrative Appeal**: Written appeals of the decision may be filed with the City Hearing Examiner pursuant to SMC 20.30.200-20.30.230 – within 14 days of Notice of Decision.

Copies of the full notice of application, application materials, and applicable codes are available for review at City Hall, 17500 Midvale Avenue N.

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

legals@seattletimes.com

**CITY OF TUKWILA**
**CALL FOR BIDS**

NOTICE IS HEREBY GIVEN that sealed bids will be received by the City of Tukwila, Washington at the office of the City Clerk, in Tukwila City Hall, 6200 Southcenter Boulevard, Tukwila, Washington 98188, up to the hour **of 9:30 a.m. on Thursday, April 20, 2017.** Bids will be opened and publicly read aloud at 10:00 a.m. on Thursday, April 20, 2017 for:

**2016 ANDOVER PARK EAST SEWER REPAIR**
**PROJECT NO. 91140203**

The Work to be performed within **30** working days from the date of Notice to Proceed consists of furnishing all materials, equipment, tools, labor, and other work or items incidental thereto for:

**Construction of approximately 435 linear feet of sewer improvements within the right-of-way of Andover Park East, including but not limited to replacing existing asbestos-cement sewer main with PVC pipe and other work necessary to complete the Work as specified and shown in the Contract Documents.**

Each bid shall be in accordance with the bid documents available free of charge on-line through Builders Exchange of Washington, Inc. at http://www.bxwa.com. Click on: "bxwa.com", "Posted Projects"; Public Works"; "City of Tukwila", and "Project Bidding". Bidders are encouraged to "Register as a Bidder" in order to receive automatic e-mail notification of addenda and to be placed on the "Bidders List". This service is provided free of charge to Prime Bidders, Subcontractors and Vendors bidding this project. Contact Builders Exchange of Washington at (425) 258-1303, should you require further assistance. Informational copies of any available maps, plans, specifications, and subsurface information are on file for inspection in the office of the Tukwila City Engineer, at the Public Works Department.

All bid proposals shall be submitted according to the Information for Bidders and be accompanied by a bid proposal deposit in the form of a cash deposit, certified or cashier's check, postal money order, or surety bond made payable to the City of Tukwila, for a sum not less than five percent (5%) of the amount of such bid, including sales tax. Should the successful bidder fail to enter into such contract and furnish satisfactory payment and performance bonds within the time stated in the specifications, the bid deposit/bond shall be forfeited to the City of Tukwila.

The City of Tukwila hereby notifies all bidders that it will affirmatively ensure that in any contracts entered into pursuant to this advertisement, minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, sex or national origin in consideration for an award.

The City reserves the right to reject any and all bids or waive any informalities in the bidding and make the award as deemed to be in the best interest of the City.

CITY OF TUKWILA
Christy O'Flaherty, MMC, City Clerk

Published Seattle Times: **April 6, 2017, and April 13, 2017**
Published Daily Journal: **April 6, 2017, and April 13, 2017**

**CITY OF TUKWILA**
**PUBLIC NOTICE OF ORDINANCE ADOPTION FOR ORDINANCES 2527-2534**

On April 3, 2017 the City Council of the City of Tukwila, Washington, adopted the following ordinances, the main points of which are summarized by title as follows:

**Ordinance 2527**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NO. 2428; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.30, "TUKWILA ARTS COMMISSION," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2528**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NOS. 2417 AND 1877; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.42, "CIVIL SERVICE COMMISSION," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2529**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NOS. 2229 AND 2082; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.39, "COMMUNITY-ORIENTED POLICING CITIZENS ADVISORY BOARD," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2530**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, , REPEALING ORDINANCE NOS. 1841, 2003, 2143 AND 2178; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.29, "EQUITY AND DIVERSITY COMMISSION," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2531**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NO. 1622; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.34, "HUMAN SERVICES ADVISORY BOARD," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2532**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NOS. 1765, 1520 AND 1405; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.33, "LIBRARY ADVISORY BOARD," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2533**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NO. 2414; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.32, "PARK COMMISSION," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.
**Ordinance 2534**: AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF TUKWILA, WASHINGTON, REPEALING ORDINANCE NO. 1802; REENACTING TUKWILA MUNICIPAL CODE CHAPTER 2.36, "PLANNING COMMISSION," TO UPDATE ORGANIZATIONAL STRUCTURE AND PROCEDURES; PROVIDING FOR SEVERABILITY; AND ESTABLISHING AN EFFECTIVE DATE.

The full text of these ordinances will be provided upon request.

Christy O'Flaherty, MMC, City Clerk

Published Seattle Times: April 6, 2017

**IN THE WEST DIVISION DISTRICT COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KING, SEATTLE COURTHOUSE**

RAY KLEIN, INC.,
dba Professional Credit Service,
Plaintiff,

vs.

MATHEW MILLER,
Defendant.

**CASE NO. 145-12535**
**NOTE FOR MOTION DOCKET FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE COURT AND TO: Mathew Miller 433 12th Avenue E Seattle, WA 98102

Please take notice that the Plaintiff's Motion for Default Judgment will be heard on April 24, 2017 at 8:45 am at the King County District Court, 516 Third Avenue, Room E-327, Seattle, WA 98104. TAKE NOTICE! Plaintiff shall make application for default judgment against Defendant Mathew Miller on April 24, 2017 unless an Answer is filed.

Dated this 6th day of April, 2017.

/s/Eric Acuario
Eric Acuario, WSBA #47852
Attorney for Plaintiff

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

**INVITATION FOR SEALED BID**

Notice is hereby given that the Confederated Tribes of the Colville Reservation (CTCR) Community Facility Manager will accept sealed bids for the Colville Tribal Net Pens RV Park project. The project consists of the construction of a 31 stall RV Park with associated road access, boat parking, CDX restrooms, showers, and fish cleaning station, dump station, well house, guard shack and camp grounds. The contract time for completion of the work is 130 calendar days. Copies of the bid packet including plans and specifications can be obtained from Standard Printworks 256 West Riverside Avenue, Spokane, WA 99201; Phone 509 624-2985, Fax 509-747-6808 and or www.sbprint.com for the non-refundable cost of reproduction or download or at Builders Exchange of Washington, Inc., 2607 Wetmore Avenue, Everett, WA 98201-2926, Phone 425-258-1303, Fax 425-259-3832 http://wvvw.bxwa.com It is recommended that Bidders "Register" in order to receive automatic e-mail notification of future addenda and to place themselves on the "Self-Registered Bidders List". Bidders that do not register will not be automatically notified of addenda and will need to periodically check the on line plan room for addenda issued on this project. Contact Builders Exchange of Washington should you require assistance with access or registration. Proposals are to be submitted on the forms provided within the contract provisions. All bids must be accompanied by a bid deposit in the form of a surety bond, postal money order, cash, cashier's check, or certified check in the amount equal to five percent (5%) of the amount of the bid proposed. Should the successful bidder fail to enter into such contract and furnish satisfactory performance and payment bond within the time stated in the specifications, the bid proposal deposit shall be forfeited to the CTCR. Bids must be submitted in sealed envelopes and received not later than **2:00 p.m.** (prevailing local time) on **Thursday, April 20, 2017.** The FedEx delivery address is Community Facility Manager, Colville Confederated Tribes 21 Colville St. Nespelem, WA 99155; hand delivery at the CTCR Facilities Maintenance Office, Yellow Cloud Building, 28 Lakes St. Agency Campus, 2 mi. south of Nespelem, WA 99155 and or USPS P.O. Box 150, Nespelem, Washington 99155. Bid openings will be held immediately thereafter and read aloud in the CTCR Facilities Maintenance office. The CTCR reserves the right to waive any irregularities or informalities and to reject any or all bids. No bidder may withdraw his or her bid after the time announced for the bid opening, or before the award and execution of the contract, unless the award is delayed for a period exceeding sixty (60) days. All work performed on this project will be subject to the provisions of Washington State prevailing wage, General Decision WA160079 01/08/2016 WA79 will Apply. A **Pre-Bid Meeting** will be held on site **Wednesday, April 05, 2017** at 01:00pm.

**KING COUNTY, WASHINGTON**
**NOTICE TO BIDDERS**

Sealed bids will be received by the King County Procurement Services Section, 3rd Floor, 401 Fifth Avenue, Seattle, WA 98104, until 2:00 PM of bid opening date for the following listed bids.

To download a document, go to our web page at: http://www.kingcounty.gov/procurement. King County encourages minority business enterprise participation. King County does not discriminate on the basis of disability in its programs, services, and employment opportunities for persons with disabilities.

**1058-17-JAS** **OPENS: 5/4/2017**
Allison EP50 Hybrid, B400 ReTran and B500R ReTran Transmission, Repair Parts and Tools

**1120-17-JRJ** **OPENS: 5/4/2017**
Flu Immunization Services

**KING COUNTY**
**NOTICE TO BIDDERS**

Sealed bids will be received for C01142C17, Electrical Services Work Order; by the King County Procurement and Payables Section, 3rd Floor, 401 Fifth Avenue, Seattle, WA 98104, until 1:30 PM, April 20, 2017. Late bids will not be accepted.

Work under this Contract may include emergency repairs requiring quick response (on-site mobilization within four hours), normal repair work, routine maintenance work and/or minor improvement work to various electrical operating systems.

Estimated contract price: $500,000

**Pre-Bid Conference**: April 13, 2017, 2:00PM, 201 South Jackson, 7th Floor, room -Tipping Floor, Seattle WA 98104. A site tour is not scheduled.

**SCS Utilization Requirements.** The Contractor shall ensure that at least 5% of the total price for all executed Work Orders shall be performed by King County Certified SCS Firms over the life of the Contract.

Complete Invitation to Bid Documents, including all project details, specifications, and contact information are available on our web page at: https://procurement.kingcounty.gov/procurement_ovr/default.aspx

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

On March 20, 2017, an application was filed with the Federal Communications Commission requesting consent to the transfer of control of the broadcast license of KFNQ, Seattle, WA, 1090 kHz; KZOK-FM, Seattle, WA, 102.5 MHz; KMPS-FM, Seattle, WA, 94.1 MHz; and KJAQ, Seattle, WA, 96.5 MHz, in connection with the merger of CBS Radio Inc. and Entercom Communications Corp. An application was also filed to assign the license of KFNQ, KZOK-FM, KMPS-FM, and KJAQ to The Entercom Divestiture Trust.

The transferor is CBS Broadcasting Inc. and the assignor is CBS Radio Stations Inc. The officers, directors, and other attributable parties to the transferor and the assignor are: CBS Radio Inc., CBS Westinghouse Holding Company, Inc., CBS Corporation, National Amusements, Inc., Adam Townsend, Alissa Makower, Andrew Siegel, Anne Kelly, Anne Lucey, Anne O' Grady, Anthony Ambrosio, Anthony Bongiorno, Armando Nunez, Arnold Kopelson, Bruce Gordon, Bruce Taub, Bryon Rubin, Charles Gifford, Craig Brill, Darin Bassin, David Andelman, David Berson, David Hillman, David Pill, David Rhodes, Deanna O'Toole, Deborah Barak, Dorothy Alke, Doug Morris, Eric Sobczak, Gary Countryman, Gary Silver, George Schweitzer, Gil Schwartz, Glenn Geller, Harry Isaacs, James Morrison, Javier Avitia, Jeff Fager, Jo Ann Ross, John Bagwell, Jonathan Anschell, Joseph Califano, Jr., Joseph Ianniello, Julie Behuniak, Kenneth Koen, Kenneth Silver, Kimberly Pittman, Laura Franco, Laura Kreda, Lawrence Liding, Lawrence Tu, Leonard Goldberg, Leslie Moonves, Linda Griego, Lura Burton, Mallory Levitt, Mark Engstrom, Mary Diaz-Albertini, Matthew Morgeson, Michael Klausman, Michael Koczko, Michele Scaringella, Mindy Greene, Nicole Paolini-Subramanya, Paul Franklin, Peter Dunn, Ray Hopkins, Rebecca Borden, Richard Jones, Robert Ross, Roni Mueller, Sandra Williams, Sean McManus, Shari Redstone, Sumner Redstone, Susanna Lowy, Trupti Patel, William Cohen, Andre Fernandez, Jo Ann Haller, Matthew Siegel, Stacey Benson, Steven Grosso, Scott Herman.

The transferees are the shareholders of Entercom Communications Corp. The proposed officers, directors, and other attributable parties to Entercom Communications Corp. are: David Field, Joseph Field, Leslie Moonves, Joseph Ianniello, Stephen Fisher, Andrew Sutor, Eugene Levin, Michael Dash, Louise Kramer.

Elliot Evers is the sole member of TDC Communications, LLC, which is the trustee of The Entercom Divestiture Trust.

A copy of the applications and related materials are available at fcc.gov.

PDC Seattle, Donnie Belk, 900 SW 16th St Ste 330 Renton, WA 98057, is seeking coverage under the Washington State Department of Ecology's Construction Stormwater NPDES and State Waste Discharge General Permit.

The proposed project, Des Moines Creek Business Park Phase IV, is located at Located on approximately 22 acres at the intersection of S. 216th Street and 24th Avenue South, just west of Highway 99. Parcel numbers 09220491002, -053, -083, -126, -134, -135, -320 and -342. in Des Moines in King county.

This project involves 20.9 acres of soil disturbance for Industrial construction activities.

The receiving waterbody is Des Moines Creek.

Any persons desiring to present their views to the Washington State Department of Ecology regarding this application, or interested in Ecology's action on this application, may notify Ecology in writing no later than 30 days of the last date of publication of this notice. Ecology reviews public comments and considers whether discharges from this project would cause a measurable change in receiving water quality, and, if so, whether the project is necessary and in the overriding public interest according to Tier II antidegradation requirements under WAC 173-201A-320.

Comments can be submitted to:
Department of Ecology
Attn: Water Quality Program, Construction Stormwater
P.O. Box 47696, Olympia, WA 98504-7696

Pulte Homes of Washington, Pete Lymberis, 3535 Factoria Blvd SE Ste 110 Bellevue, WA 98006, is seeking coverage under the Washington State Department of Ecology's Construction Stormwater NPDES and State Waste Discharge General Permit.

The proposed project, Urbane Village, is located at 425 240th St SE in Bothell in Snohomish county.

This project involves 6.44 acres of soil disturbance for residential and utilities construction activities.

The receiving waterbody is Little Swamp Creek.

Any persons desiring to present their views to the Washington State Department of Ecology regarding this application, or interested in Ecology's action on this application, may notify Ecology in writing no later than 30 days of the last date of publication of this notice. Ecology reviews public comments and considers whether discharges from this project would cause a measurable change in receiving water quality, and, if so, whether the project is necessary and in the overriding public interest according to Tier II anti-degradation requirements under WAC 173-201A-320.

Comments can be submitted to:
Department of Ecology
Attn: Water Quality Program, Construction Stormwater
P.O. Box 47696, Olympia, WA 98504-7696

Quadrant Homes is offering the Eddy House, located in Sammamish, for relocation free of charge to qualified parties. Qualified party is responsible for all costs to move the home to an alternate location in Sammamish. Quadrant will contribute up to $50,000 towards the cost of relocating the home. Relocation is subject to time limitations. The house will be demolished if no receiving site is found. Interested qualified parties should contact Moira Haughian with The Blueline Group for details, mhaughian@thebluelinegroup.com or 425.250.7226.

PLACE A LEGAL NOTICE
206/652-6018
legals@seattletimes.com

**SEATTLE DEPARTMENT OF CONSTRUCTION AND INSPECTIONS**
**NOTICE OF DECISION**

**Address: North Portal** 330 to 415 6th Ave N/**South Portal** 550 to 908 Alaskan Way

**Project**: 3027155

**Notice Date**: 4/6/2017

**Project Contact**: Allison Hanson - (206)805-2880

**SDCI Noise Control Specialist**: James Dasher - (206) 615-1190

**The Director of the Department of Construction and Inspections (SDCI) has issued a decision to conditionally grant** a noise variance extension from the standards for nighttime construction noise for above-ground construction activities in support of underground tunneling. As part of the Alaskan Way Viaduct Replacement Project, Washington State Department of Transportation (WSDOT) proposes to move SR 99 into a stacked bored tunnel beneath downtown Seattle. The tunnel construction is expected to be initiated from the south portal just south of S. Dearborn Street; the tunnel would transition back to a cut-and-cover section north of Thomas Street.

Copies of the Director's decision and recommendation, the project application materials and plans are available in SDCI's online Permit and Property Records or at the SDCI Public Resource Center, 700 5th Avenue, Suite 2000. The Public Resource Center is open 8:00 a.m. to 4:00 p.m. on Monday, Wednesday, Friday and 10:30 a.m. to 4:00 p.m. on Tuesday and Thursday. Questions may be directed to James Dasher, 206-615-1190, james.dasher@seattle.gov.

Numerous conditions include:

- The applicant is required to follow and execute all mandatory noise control measures identified in the application, its appendices and attachments.
- Nighttime project sound levels are limited to ensure they will not exceed the ambient sound level by more than 6 dBA from 10:00 PM to 7:00 AM weekdays and from 10:00 PM to 9:00 AM on weekends and holidays. The nighttime allowable noise limit would be set at 10 dBA above the one-hour equivalent nighttime noise-level limit to account for potential short-term noises, during the times noted above.
- Noise barriers as proposed by the applicant shall be installed prior to commencement of nighttime noise-producing construction activities.
- At specific sites, a Contractor-supplied NMMP must be developed to identify additional mitigation measures and provide calculations demonstrating that the measures will be effective in meeting the noise variance limits.
- The applicant shall notify the SDCI Noise Administrator and those community members who were notified of the original application two weeks prior to the commencement of activity that is subject to this variance.

**HOW TO APPEAL THE DIRECTOR'S FINDINGS AND DECISION**

Appeals of the Director's Decision must be received by the Hearing Examiner no later than 5:00 p.m., April 20, 2017.

Appeals may be filed online at www.seattle.gov/examiner/efile.htm, delivered in person to the Hearing Examiner's office on the 40th floor of Seattle Municipal Tower at 700 Fifth Ave. or mailed to the City of Seattle Hearing Examiner, P.O. Box 94729, Seattle, WA 98124-4729. (Delivery of appeals filed by any form of USPS mail service may be delayed by several days. Allow extra time if mailing an appeal.) An appeal form is available at www.seattle.gov/examiner/LANDUSEAPLFORM.pdf.

Appeals must be accompanied by an $85.00 filing fee. The fee may be paid by check payable to the City of Seattle, by credit/debit card (Visa and MasterCard only) in person or by telephone at 206-684-0521. (The Hearing Examiner may waive the appeal fee if the person filing the appeal demonstrates that payment would cause financial hardship.)

The Hearing Examiner Rules and "Public Guide to Appeals and Hearings Before the Hearing Examiner" are available at www.seattle.gov/examiner/guide-toc.htm.

SUPERIOR COURT OF WASHINGTON COUNTY OF KING U.S. BANK, NATIONAL ASSOCIATION V. TRISTAN T. TUMA; THE ESTATE OF KARLA M. TUMA; SHELBY R. TUMA; GRACE E. TUMA; AND ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 20416 119TH AVE. SE, KENT, WASHINGTON 98031. Case No.: 16-2-24342-8 KNT A lawsuit has been started against you in the above-entitled Court by U.S. BANK, NATIONAL ASSOCIATION (Plaintiff):
You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the 30th day of March, 2017 and defend the above entitled action in the above entitled court, and answer the complaint of the plaintiff U.S. BANK, NATIONAL ASSOCIATION, and serve a copy of your answer upon the undersigned attorneys for the plaintiff, Shannon K. Calt, at his office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the complaint, which has been filed with the clerk of said court. The complaint is for judicial foreclosure and alleges that the record owner of the property, KARLA M. TUMA, is deceased and that her Heirs, Assigns, and Devisees are unknown. ALDRIDGE PITE, LLP: Attn: Shannon K. Calt Plaintiff's Attorneys, 111 SW Columbia St, Suite 950, Portland, OR 97201. Tel: (503) 345-9877, Fax: (503) 222-2260, Email: scalt@aldridgepite.com

City of Bellevue

**Weekly Permit Bulletin**
**Publish Date: April 6, 2017**

For official notice and review of land use applications, meetings, decisions, recommendations, hearings, and appeals of land use decisions within the City of Bellevue, please visit www.bellevuewa.gov/weekly_permit_bulletin.htm to view the City's official Weekly Permit Bulletin. For more information, please contact Development Services in the City of Bellevue either by phone 425-452-6800 or email at landusereview@bellevuewa.gov .

LEGAL NOTICE

## If you received an Orange Cab dispatch notification text message, you could be entitled to benefits under a class action settlement.

A proposed settlement has been reached with Orange Cab Co., Inc. and RideCharge, Inc. ("Defendants") in a class action lawsuit that claims, among other things, that RideCharge sent an Orange Cab dispatch notification text message without prior express consent to cellular telephones in violation of state and federal law. Defendants deny any wrongdoing and believe the dispatch notification text messaging complied with applicable law. Defendants have agreed to provide taxi ride Vouchers and cash payments to eligible Settlement Class Members, and other relief, to resolve the claims in this lawsuit.

You may be included in the Settlement Class which includes all persons or entities who received at least one Orange Cab dispatch notification text message on their cellular telephone from RideCharge.

Settlement Class Members whose names and addresses were identified have been sent a $12 Voucher. Settlement Class Members who submit a valid Claim Form will also be eligible to receive a cash payment of $48, as well as a $12 Voucher if they were not sent one earlier.

**How do I get a payment or a Voucher if a Voucher was not sent to me?** Go to www.taxitextsettlement.com and file a claim online or download, print, complete, and mail a Claim Form to the Settlement Administrator. Claim Forms must be **submitted or postmarked by May 30, 2017**.

**What are my other options?** If you do not want to be legally bound by this settlement, you must exclude yourself by submitting a request for exclusion **postmarked by May 30, 2017.** Unless you exclude yourself, you will not be able to sue any of the Defendants or other Released Parties for any of the Released Claims. If you do not exclude yourself, you may object and notify the Court that you or your lawyer intends to appear at the Court's hearing. Objections must be **postmarked by May 30, 2017**. For more information, including a more detailed Class Notice, Claim Form, and Settlement Agreement go to www.taxitextsettlement.com.

**Settlement Hearing:** The Court will hold a hearing on December 7, 2017 at 9:00 am, to consider whether to approve: (1) the settlement; (2) Class Counsel's request for $991,392 in attorneys' fees and $130,000 in out-of-pocket litigation costs; and (3) a $7,500 Service Award to the Representative Plaintiff (Torrey Gragg). If approved, these fees, costs, and Service Award, as well as the costs of Class Notice and Settlement Administration will be paid by Defendants. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**www.taxitextsettlement.com**