THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORREY GRAGG, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE CAB COMPANY, INC., a Washington corporation; and RIDECHARGE, INC., a Delaware Corporation, doing business as TAXI MAGIC,<br><br>Defendants. | Case No. 2:12-cv-00576-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARD AND ATTORNEYS' FEES AND COSTS<br><br>[PROPOSED] |

This matter came before the Court on Plaintiff's Motion for Approval of Service Award and Attorneys' Fees and Costs. Having considered the motion, all papers filed in support of or opposition to the motion, and the files and records here, the motion is GRANTED. The Court hereby approves a service award of $7,500 to the named plaintiff, attorneys' fees to class counsel of $991,392, and an award of costs to class counsel in the amount of $110,553.

DATED this 5th day of October, 2017.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
APPROVAL OF SERVICE AWARD AND ATTORNEYS' FEES AND
COSTS - Case No. 2:12-cv-00576-RSL - 1

**HKM ATTORNEYS**
600 Steward Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

**HKM ATTORNEYS**

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091
600 Stewart Street, Suite 901
Seattle, WA  98101
Tel: (206) 838-2504
dheyrich@hkm.com

Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
APPROVAL OF SERVICE AWARD AND ATTORNEYS' FEES AND
COSTS - Case No. 2:12–cv–00576–RSL - 2

**HKM ATTORNEYS**
600 Steward Street, Suite 901
Seattle, Washington  98101
(206) 838-2504